**RA & ASSOCIATES, APC**
ROMEL AMBARCHYAN, ESQ. (SBN 245216)
ELMIRA DANIELYAN, ESQ. (SBN 285717)
505 N. Brand Blvd. Suite #800
Glendale, California 91203
Telephone: (818) 230-3220
Facsimile: (818) 230-3211
Attorney for Claimant Sharon D. Hubbs

**SANDRA R. BROWN**
Acting United States Attorney
**THOMAS D. COKER**
Assistant United States Attorney
Chief, Tax Division
**PAUL H. ROCHMES (SBN 077928)**
Assistant United States Attorney
 300 N. Los Angeles, CA 90012
  Federal Building, Suite 7211
  Los Angeles, CA 90012
  Telephone: (213) 894-2413
  Facsimile: (213) 894-0115
  Email: paul.rochmes@usdoj.gov
Attorney for Claimant the United States of America

**SCHEER LAW GROUP, LLP**
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
Email: acarraher@scheerlawgroup.com
Attorney For Petitioner Entra Default Solutions, LLC.

JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **In re: 4078 EAST AVENUE UNIT R-6 PALMDALE, CA 93550.** | CASE NO.: 2:17-cv-3071-CAS-AS <br><br> [PROPOSED] ORDER |

1

**PROPOSED ORDER**

Pursuant to the Stipulation of the Parties and good cause appearing, it is hereby ordered that this action is remanded back to state court, Los Angeles County Superior Court Case Number BS168513 and all matters currently scheduled in this federal action are taken off calendar.

**IT IS SO ORDERED**.

Dated: May 10, 2017

*Christina A. Snyder*
U. S. District Court Judge